# ELECTRONIC RECORD

COA #    03-14-00407-CR                    OFFENSE:   31.03

STYLE:   Jerryl Robinson v. The State of
         Texas                             COUNTY:   Comal

COA DISPOSITION:     AFFIRMED              TRIAL COURT:   207th District Court

DATE: 7/22/15              Publish: NO    TC CASE #:     CR2013-349

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Jerryl Robinson v. The State of Texas     CCA #:    1041-15

_____PRO SE_____ Petition                          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:                DATE:    _____

_____REFUSED_____                                  JUDGE:   _____

DATE: 10/28/2015                                   SIGNED: _____      PC: _____

JUDGE: Per Curiam                                  PUBLISH: _____      DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

ELECTRONIC RECORD